Certificate Number: 16339-PAE-DE-040430926

Bankruptcy Case Number: 25-14648



16339-PAE-DE-040430926

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 19, 2025,</u> at <u>1:04</u> o'clock <u>PM EST,</u> <u>Marquis Wells</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC,</u> a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania.</u>

Date:  <u>December 19, 2025</u>

By:  <u>/s/Kris Krumal</u>

Name:  <u>Kris Krumal</u>

Title:  <u>Certified Financial Counselor</u>